**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7751

ALLEN LEE GODFREY, SR.,

Plaintiff – Appellant,

v.

COLONEL BOBBY D. RUSSELL, Superintendent, WVRJ (Western
Virginia Regional Jail); MAJOR GREGORY P. WINSTON, Security
Division Commander - WVRJ; MAJOR AMANDA TUCK, Services
Division Commander - WVRJ; CAPT. C. A. KELLER, Assistant
Services Division Commander - WVRJ; CAPT. ALTIZER; OFFICER
JANET NORWOOD-SMITH, Classification - WVRJ; OFFICER KEVIN
MAHL, Classification - WVRJ; OFFICER ROBERT HENDERSON,
WVRJ; OFFICER STEWART EDWARDS, WVRJ; OFFICER TREVOR
BRATTON, WVRJ; MAJOR JOSHUA L. SALMON, Security Division
Commander - WVRJ; SGT. DANIEL LINKOUS, Records Supervisor -
WVRJ; OFFICER LEFTWHICH; DR. UZMA ALI, Conmed - WVRJ and
Roanoke City Jail; HEATHER STEVENS, PA, Conmed - WVRJ/RCJ;
MEGAN BAREFIELD, Conmed - WVRJ; ASHLEY RAKES, Conmed -
WVRJ; (JOHN DOE) RATLIFF, Conmed - WVRJ; STEPHANIE WARF,
Mental Health Staff - WVRJ; WVRJ; CONMED WVRJ - Medical
Provider; WVRJ - Mental Health Provider; WYLIE,

Defendants – Appellees,

and

OFFICER JOHN DOE,

Defendant.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Norman K. Moon, Senior
District Judge. (7:14-cv-00476-NKM-RSB)

Submitted: March 31, 2016          Decided: June 29, 2016

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Allen Lee Godfrey, Sr., Appellant Pro Se. Kevin Michael Gick, John Chadwick Johnson, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia; Ruth Griggs, Joel Mark McCray, SANDS ANDERSON, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Lee Godfrey, Sr., appeals the district court's orders denying relief on his 42 U.S.C. § 1983 (2012) complaint and denying his motion to alter or amend the judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Godfrey v. Russell, No. 7:14-cv-00476-NKM-RSB (W.D. Va. Sept. 24 & Oct. 30, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED